HAULENBECK v. UNITED STATES.

(Circuit Court, S. D. New York. December 9, 1897.)

No. 2,102.

CUSTOMS DUTIES—CLASSIFICATION—OLIVE PITS.
　　Olive pits ground were not dutiable under section 4 of the act of 1890, but under paragraph 24, which provides, among other things, for nut galls, nuts, seeds, etc., which are not edible, but which have been advanced in value or condition by refining, grinding, etc.

This was an appeal by J. W. Haulenbeck from a decision of the board of general appraisers as to the classification for duty of certain imported goods.

Everit Brown, for plaintiff.
Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. This importation is of olive pits ground. They are not edible. They were assessed under section 4, against a protest that they come under paragraph 24 of the act of 1890, which provides for—

"Drugs, such as barks, beans, berries, balsams, buds, bulbs and bulbous roots and excrescences, such as nut galls, fruits, flowers, dried fibre grains, gums, and gum resins, herbs, leaves, lichens, mosses, nuts, roots and stems, spices, vegetables, seeds (aromatic, not garden seeds), and seeds of morbid growth, weeds, woods used expressly for dyeing, and dried insects, any of the foregoing which are not edible, but which have been advanced in value, or condition, by refining, or grinding, or by other process of manufacture."

It seems to fall within this class, as not edible, but advanced in manufacture by grinding.

Decision reversed.